**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 2:25-CV-14060-JEM**

JEANNETTE BAECHLE, individually and on behalf of all others similarly situated,

Plaintiff,

**CLASS ACTION**

v.

CREDIT ASSOCIATES, LLC,

Defendant.

_______________________________________/

**DEFENDANT CREDIT ASSOCIATES, LLC'S AMENDED CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's May 22, 2025 Order (ECF No. 11), Defendant Credit Associates, LLC files its amended certificate of interested parties and corporate disclosure statement.

Defendant does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

The following is also a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

a. Plaintiff Jeannette Baechle: Plaintiff in this action;

b. Defendant Credit Associates, LLC: Defendant in this action;

c. AJK Legal: counsel for Plaintiff Jeannette Baechle;

d. Gold Law, P.A.: counsel for Plaintiff Jeannette Baechle; and

e. Watstein Terepka LLP: counsel for Defendant Credit Associates, LLC.

Dated: May 29, 2025.

**WATSTEIN TEREPKA LLP**

/s/ *Matthew A. Keilson*

Ryan D. Watstein
FBN: 93945
ryan@wtlaw.com
Matthew A. Keilson
FBN: 1002294
mkeilson@wtlaw.com
218 Northwest 24th Street, 3rd Floor
Miami, FL 33127
Telephone: 404-782-0695
Facsimile: 404-418-8307

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to:

Alexander Korolinksy, Esq.
**AJK Legal**
1580 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
korolinsky@ajklegal.com

Christopher Gold, Esq.
**Gold Law, P.A.**
350 Lincoln Road, 2nd Floor
Miami Beach, FL 33139
chris@chrisgoldlaw.com

*/s/ Matthew A. Keilson*
Matthew A. Keilson