**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**
**CASE NO. 2:25-CV-14060-JEM**

JEANNETTE BAECHLE, individually and on behalf of all others similarly situated,

Plaintiff,

**CLASS ACTION**

v.

CREDIT ASSOCIATES, LLC,

Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

The parties have reached a settlement in principle (on an individual, non-class basis). They ask the Court to vacate all pending deadlines and request sixty (60) days to finalize the settlement and submit a stipulation of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

[*Remainder of Page Intentionally Blank – Signatures on Following Page*]

Dated: September 3, 2025

*/s/ Christopher Gold, Esq.*
(Signed by Ryan D. Watstein with counsel's permission)
Christopher Gold, Esq.
FBN: 088733
**GOLD LAW, P.A.**
350 Lincoln Road, 2nd Floor
Miami Beach, Florida 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*/s/ Garrett Berg, Esq.*
(Signed by Ryan D. Watstein with counsel's permission)
Garrett Berg, Esq.
FBN: 1000427
**GARRETT BERG LAW, P.A.**
555 NE 15th Street, PH A
Miami, Florida 33132
Tel: 305-298-2253
garrett@gberglegal.com

*/s/ Alexander Korolinsky, Esq.*
(Signed by Ryan D. Watstein with counsel's permission)
Alexander Korolinsky, Esq.
FBN: 119327
**AJK LEGAL**
1580 Sawgrass Corporate Parkway, Suite 130
Sunrise, FL 33323
Tel: 888-815-3350
korolinsky@ajklegal.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Ryan D. Watstein*
Ryan D. Watstein
FBN: 93945
ryan@wtlaw.com
Matthew A. Keilson
FBN: 1002294
mkeilson@wtlaw.com
**WATSTEIN TEREPKA, LLP**
218 Northwest 24th Street, 3rd Floor
Miami, FL 33127
Telephone: 404-782-0695
Facsimile: 404-418-8307

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and will serve via email on all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein